JULIA E. LIFGKE, Appellant, *v.* JACOB H. SAMMIS, Respondent.

*Lingke* v. *Sammis*, 115 App. Div. 882, affirmed.
(Argued October 15, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

October 3, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover an amount deposited on the making of a contract for the sale of certain real property.

*Joseph Fettretch* and *Rufus L. Scott* for appellant.

*Willard N. Baylis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOOK, JJ.